IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| ALLAELDIN DAWELBAIT ABDELRAHIM,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br><br>ERNEST W. JONES, CATHERINE S. CONKLIN, and MICHAEL FORSBERG,<br>　　　　　　　　　　　Defendants. | **ORDER ADOPTING REPORT & RECOMMENDATION**<br><br>Case No. 1:13-cv-102<br><br>District Judge Dee Benson<br><br>Magistrate Judge Paul Warner |

　　　　Before the Court is the Report and Recommendation issued by United States Magistrate Judge Paul Warner on August 31, 2015, recommending that Defendants' motion to dismiss be granted in part and denied in part. Specifically, the Report and Recommendation recommends that Defendants' motion as to Judge Jones and Commissioner Conklin be granted and they be dismissed from Plaintiff's lawsuit, and that Defendants' motion as to Forsberg be denied without prejudice and that Plaintiff be allowed to file a second amended complaint as to Forsberg only.

　　　　The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. As of the date of this Order, no objection has been filed to the Report and Recommendation.

　　　　De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation, has been completed.  The analysis and conclusion of the magistrate judge are correct and the Report and Recommendation will be adopted.

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED and Defendants' motion to dismiss is GRANTED with respect to Judge Jones and Commissioner Conklin and DENIED WITHOUT PREJUDICE with respect to Defendant Forsberg.

DATED: September 15, 2015.

BY THE COURT

_____
District Judge Dee Benson